IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TENDAI MARAMBA, #A99-920-409, ) | |
|     Petitioners, ) | |
| ) | |
| v. ) | 3:08-CV-0351-K |
| ) | |
| MICHAEL B. MUKASEY, et al., ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections on April 17, 2008, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.

The objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** Petitioner's motion for a temporary restraining order.

SO ORDERED.

SIGNED: April 28th, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE